IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEIK L. LOVE EL,                )
                                 )
        Plaintiff,        )
                                 )
  v.                             )   No.  12 C 2273
                                 )
BANK OF NEW YORK, etc., et al., )
                                 )
        Defendants.       )

MEMORANDUM ORDER

Following this Court's March 28, 2012 ruling that rejected the effort of Sheik Love EL ("Love EL") to obtain the modest sum of $10 million in his pro se lawsuit against several targeted defendants, Love EL filed a motion for reconsideration on April 6. With Love EL having failed to bring the motion on for presentment within 14 days in accordance with this District Court's LR 5.3 and 78.2, that would alone constitute an independent ground for denial of the motion. But most importantly, when one peels away the irrelevancies with which Love EL clutters up his motion, it must be and is denied on the merits because it fails to show that it too is non-frivolous in the legal sense.

                                                             _____
                                                             Milton I. Shadur
                                                             Senior United States District Judge

Date:  April 23, 2012